IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT DUDLEY                                                                    PLAINTIFF

        v.        Civil No. 05-4052

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

On this 21st day of August, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles Barnette, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,372.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

        /s/ Bobby E. Shepherd
        HONORABLE BOBBY E. SHEPHERD
        UNITED STATES MAGISTRATE JUDGE